# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-15-00001  DATE: April 30, 2015
CAPTION: Crawford v. Antonio B. Won Pat International Airport Authority, Guam

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 10:15-10:30
CSO: None Present

**APPEARANCES:**

Counsel for Plaintiff(s)          Counsel for Defendant(s)
Ignacio Cruz Aguigui              William N. Hebert
Daniel C. Girard                  Genevieve P. Rapadas
                                  David J. Highsmith
                                  Kristan K. Finney

**PROCEEDINGS: Scheduling Conference**
- Court and parties discussed dates for trial. Court to issue Scheduling Order.
- Mr. Girard requested for an extension to file his objection - granted without objection by the Defendants.
- The court overruled Defendants Calvo and Orlino's objections that the Rule 26(f) Report was premature.

NOTES: